

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

September 20, 2021

**VIA ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
9/21/21

**Re:** *Stevez v. St. Joseph's College*, Civil Action No.: 1:21-cv-06222-JGK

Dear Judge Koeltl:

    This firm represents Defendant St. Joseph's College ("Defendant") in the above-referenced action. We have conferred with Plaintiff's counsel and write, with Plaintiff's consent, to request a 30-day extension of Defendant's responsive pleading deadline. This is the first request for an extension of this deadline.

    By way of background, Defendant waived service of the Summons and Complaint on July 23, 2021, and its responsive pleading is accordingly due on September 21, 2021. (ECF No. 6.) The Initial Pretrial Conference is presently scheduled for November 3, 2021. (ECF No. 10.)

    The parties are engaged in settlement discussions, and Defendant would like to focus its attention and resources on those discussions rather than litigation activities that may be unnecessary. Accordingly, Defendant respectfully requests that the responsive pleading deadline be extended by 30 days, up to and including October 21, 2021. This extension, if granted, will not affect any other scheduled dates.

    This application is being made in good faith and not to cause undue delay. We thank the Court for its time and attention to this matter, and for its consideration of this application.



Hon. John G. Koeltl
September 20, 2021
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:   All counsel of record (via ECF)